CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 25 2009

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| NICHOLAS J. QUEEN, | ) | Civil Action No. 7:09-cv-00173 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRY O'BRIEN, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; the petition is **DISMISSED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER**: This 25th day of November, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge